IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTHA FRAGOSO,

    Plaintiff,

v.                          No. 12-cv-1300 SMV/WPL

ANAMARC ENTERPRISES, INC.,

    Defendant.

## AMENDED ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    March 26, 2013 at 3:30 p.m.

**Matter to be heard**:  Status conference to set trial

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is set for **Tuesday, March 26, 2013, at 3:30 p.m.** *The hearing that had been set for March 26, 2013, at 2:30 p.m. is reset to 3:30 p.m.* Counsel shall be prepared to discuss the status of the case, as well as the scheduling and location of the trial and significant pretrial hearings. Counsel are encouraged to confer with each other *prior* to the hearing regarding their schedules and preferences for a trial setting. Counsel are reminded to have their calendars available for the hearing. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**